# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1823

_____

United States of America,    *

       *

      Appellee,    *

       *    Appeal from the United States

     v.          *    District Court for the

       *    District of Nebraska.

Jett Lanoha,   *

       *      [UNPUBLISHED]

      Appellant.    *

_____

Submitted: January 4, 2000
Filed: January 11, 2000

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Jett Lanoha appeals from the district court's[1] order revoking his supervised release and imposing a sentence of 18 months imprisonment and 42 months supervised release. He argues the district court erred in imposing this revocation sentence because the combined terms exceed the expiration of his original term of supervised release by 23 months. We conclude his argument is meritless, as the combination of the new terms of imprisonment and supervised release (i.e., 60 months) did not exceed his

_____

[1]The Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.

original 5-year term of supervised release.  See <u>United States v. St. John</u>, 92 F.3d 761, 766 (8th Cir. 1996); <u>United States v. Krabbenhoft</u>, 998 F.2d 591, 594 (8th Cir. 1993).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.